```
                                                    FILED
                                             U.S. DISTRICT COURT
                                                AUGUSTA DIV.
```

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

2015 OCT -7  PM 1:57

CLERK __JBuxton__
SO. DIST. OF GA.

Plaintiff,

**LOUIS WILLINGHAM SR.**
3071 Deans Bridge Rd. STE 12
Augusta, GA 30906

CV115-162

Civil Action No: _____

v.

Defendant.

**EYE PHYSICIANS & SURGEONS OF AUGUSTA, PC**
(D.B.A. "EYE GUYS")
1330 Interstate Parkway
Augusta, GA 30909

*If allowed by statute, do you wish to have a trial by jury?* **Yes _X_   No ___**

*[If any answer requires additional space, please use additional paper and attach hereto]*

### I.    PREVIOUS LAWSUITS

**A.**    *Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action?*

*Yes ___   No _X_*

**B.**    *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet using the same outline.]*

**Not Applicable**

**C.**    *Do you have any other lawsuit(s) pending in the federal court?*

*Yes _X_   No ___*

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper]*

A. **Name of Plaintiff:**   Louis Willingham Sr.

   **Address:**   3071 Deans Bridge Rd. STE 12, Augusta, GA, 30906

B. **Name of Defendant:**   Eye Physicians & Surgeons Of Augusta, PC
   (D.B.A. "Eye Guys")

   **Address:**   1330 Interstate Parkway, Augusta, GA, 30909

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

**Not Applicable**

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

On October 3, 2013 I was presented at the Eye Guys medical center for a simple cataract removal to my right eye. A simple procedure turned out to be a disaster. On October 31, 2013 I returned for the surgery at 4:00 am. I was sedated. Approximately 4-1/2 hours later, I was awoke. The Eye Guys did not explain to me what happened, they simply told me I had to return to Dr. Harinderjit Singh, M.D. and that he would explain to the owner of the care home I was in, Mr. Chuck Reeves. Mr. Reeves took me back to Dr. Singh's office. When we arrived, Dr. Singh was immediately called back to his office. Dr. Singh immediately took X-Rays of my right eye. And later he told me what was wrong. While attempting to place an artificial lens in my eye, they broke the artificial lens while it was inside my eye. He also told me he couldn't remove the glass form my eye because it was extremely swollen, to the extent that there was a lot of blood inside my eye balls and it was rapidly covering my eye. Dr. Singh also said, the eye was so severely swollen that if he attempted to perform surgical action it would result in permanent blindness, and he couldn't take that chance. Dr. Singh prescribed four different kinds of eye drops and two different pills to take (six different medications total), four times a day for seven days. After seven days I was told I could return to Dr. Singh, to determine if the swelling had

gone down enough to do surgery. Dr. Singh then took eye gauze, and packed my eyes down very tightly so that I would be unable to blink, and wrapped them solidly. Dr. Singh then told Mr. Reeves to bring me back in seven days. Mr. Reeves then went to a pharmacist and got my medicine for me. I took the two pills, and we waited until we returned back to the care home. Mr. Reeves removed the eye wraps, and he put the four different kinds of drops in my eyes. This was repeated four times that day, and four times each day as prescribed for seven days. Those seven days the pain was so unbearable, I cried each day and prayed each days. Mr. Reeves tried to get in touch with my three children, but unfortunately all three were out of the country as two play professional sports, and one sings opera. After seven days, Mr. Reeves took me back to Dr. Singh's office early that morning. Dr. Singh did X-Rays once again, and checked the swelling. Dr. Singh said the X-Rays showed the swelling had only decreased by a very small amount, but we had no choice as we had to go into follow up surgery to remove the glass from the broken lens in order to avoid my becoming permanently blind for life. After I signed a disclosure form stating that I would not hold Dr. Singh responsible for what the "Eye Guys" had done, and that he was not responsible for the outcome of a situation caused by a surgery performed by "The Eye Guys", I was then prep-ed for surgery. Dr. Singh and his team removed all the glass left behind by the Eye Guys, and flushed the eye very well. Dr. Singh then closed the eye back up for two weeks. After two weeks, Dr. Singh re-examined me to find lots of holes through which my eyes were still internally bleeding from the glass. Dr. Singh then gave me a needle injection to the eye in an effort to seal the holes and prevent further internal bleeding. This effort failed. My eyes continued bleeding internally. Dr. Singh then prepared me for high tech laser surgery in an effort to close up the holes and stop the internal bleeding. After one needle injection in the eye per month, for six months, Dr. Singh then attempted surgery to repair the interior of my eye. This effort did stop the internal bleeding and allowed the existing blood in my eye to soften and dissolve naturally; however, this still did not completely heal the eye. The eye remained swollen, so swollen surgery could not be performed to prevent permanent blindness. My eyes were hurting very badly, and I was being prescribed antibiotic drops in my eyes. Every month from that point forwards I returned to Dr. Singh's office, only to learn I had to have another needle injection as the swelling still had not been reduced sufficiently to change this regimen. This continued for 18 months with no desirable amount of progress. I was so frightened, Mrs. Reeves (Mr. Reeves wife) came in every day and night to pray for me. She brought scriptures from the bible and read to me, and tried everything she could to comfort me. And for every month for 18 months, I had to have a needle stuck into my eye and medication injected into my eye. It hurt so bad I could do nothing but cry. I was so scared. After the 18th month, I returned on the 19th month, September 14, 2015. X-Rays were done, all swelling was gone and I needed no further injection. But Dr. Singh told me I had to have some very expensive glasses, so I attended appointment to find out how much these special glasses would cost. One estimate was $1500, another was $850. I am waiting to hear from my children, they professional athletes and one sings. I am attempting to save up the money needed to get these glasses. I pray night and day. I have to return to

Dr. Singh every month for X-Rays starting October, 2015. To this day, not one of the Doctors or staff working for "The Eye Guys" has called to follow up, but instead they have attempted to bill me for causing my blindness.

## IV.   RELIEF

*State briefly and exactly what you want this court to do for you.*

I am asking, $16,888,888.00 for the suffering and damage to my eyes caused by "The Eye Guys".

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this ___7___ day of ___OCT___, 20_15_

_____
Louis Willingham Sr.
3071 Deans Bridge Rd. STE 12
Augusta, GA 30909

**Plaintiff**